Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LOFT, INC., Appellant, v. THE MIRROR, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.

LOFT, INC., Appellant, v. THE MIRROR, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. The bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.

HAPPINESS CANDY STORES, INC., Appellant, v. THE MIRROR, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.

HAPPINESS CANDY STORES, INC., Appellant, v. THE MIRROR, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. The bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.

SAMUEL DAVIS, Respondent, v. NEW YORK FURNITURE EXCHANGE ASSOCIATION and Others, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

C. DEXTER RICHARDSON, Appellant, v. CONSOLIDATED INDEMNITY AND INSURANCE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

AUGUST ERNSTTHAL, Respondent, v. THE BROOKLYN NATIONAL CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HELEN MARX, Respondent, v. JACK VON TILZER and ISABEL B. VON TILZER, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CHARLES S. SARGENT and Others, Appellants, v. HOME INSURANCE COMPANY OF NEW YORK and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WILLIAM F. COX and Another, Respondents, v. TELEVISION LABORATORIES, INC., Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

I. & B. COHEN, BOMZON CO., INC., Respondent, v. BILTMORE WOOLEN CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of ALFRED H. NEWBURGER and Others, Appellants, against HENRIETTA COUTINHO, Respondent, for an Order Requiring Arbi-